THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONALD CALDWELL, SR., INDIVIDUALLY AND BLANCHE BRADLEY, INDIVIDUALLY, AND ON BEHALF OF RONALD LAWAYNE CADWELL, JR., DECEASED<br>　　　PLAINTIFFS<br><br>V.<br><br>STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF NORTHWESTERN STATE UNIVERSITY, BRAD LAIRD, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF NORTHWESTERN STATE UNIVERSITY, CAMPUS ADVANTAGE, INC., AND ITS INSURANCE COMPANY, XYZ INSURANCE COMPANY<br>　　　DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 1:23-CV-01575 |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT CAMPUS ADVANTAGE**

TO THE HONORABLE JUDGE OF SAID COURT, pursuant to FRCP 41(a)(1)(A), Plaintiff Ronald Caldwell, Sr., individually, and Branche Bradley, individually, and on behalf of Ronald Caldwell, Jr., deceased, by and through undersigned counsel, hereby gives notice of voluntary dismissal of Defendant Campus Advantage, Inc.

Plaintiff files this Voluntary Dismissal with the intention of dismissing the case under FRCP 419a)(1)(A)(i) without prejudice to refiling.[1]

---

[1] *See Williams*, 82 F.3d at 272.

PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant Campus Advantage, Inc. is voluntarily dismissed in the above captioned action without prejudice.

Date: December 18, 2023

Respectfully submitted,

DANIEL WILLIAMS & ASSOCIATES PLLC

*/s/ Helen Daniel*
Helen Daniel (La. Bar Roll No. 31689)
Kathryn Williams
2201 Hermann Drive
Houston, Texas 77004
Telephone: 713-229-9997
Facsimile: 281-501-6777

-and-

THE COX PRADIA LAW FIRM, PLLC
Jonathan Cox
Troy Pradia
2402 Rosedale Street
Houston, Texas 77004
T: 832.345.9130
F:
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF filing system pursuant to the Federal Rules of Civil Procedure.

*/s/ Helen Daniel*
Helen Daniel