THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RONALD CALDWELL, SR., INDIVIDUALLY, AND BLANCHE BRADLEY, INDIVIDUALLY, AND ON BEHALF OF RONALD LAWAYNE CADWELL, JR., DECEASED** | **CASE NO. 1:23-CV-01575** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF NORTHWESTERN STATE UNIVERSITY, BRAD LAIRD, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF NORTHWESTERN STATE UNIVERSITY, CAMPUS ADVANTAGE, INC., AND ITS INSURANCE COMPANY, XYZ INSURANCE COMPANY** | **MAG. JOSEPH H. L. PEREZ-MONTES** |

---

**DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant BRAD LAIRD, individually and in his official capacity ("Laird"), who, without waiving his defense this Court lacks subject matter jurisdiction, and in accordance with the requirements of FRCP 7.1(a)(2) and the December 18, 2023, Notice Requirement (Doc. 26), hereby files his diversity disclosure statement stating Laird, an individual, is domiciled in the state of Louisiana and, therefore, a citizen of Louisiana for diversity purposes.

Respectfully submitted,

[*signature block next page*]

JEFF LANDRY
ATTORNEY GENERAL

By: *s/Steven M. Oxenhandler*
Steven M. Oxenhandler (#28405)
soxenhandler@goldweems.com
Michael J. O'Shee (#10268)
moshee@goldweems.com
GOLD WEEMS LAW FIRM
2001 MacArthur Drive/P.O. Box 6118
Alexandria, LA 71307-6118
Tel: (318) 445-6471/ Fax: (318) 445-6476

**ATTORNEYS FOR BRAD LAIRD**

**CERTIFICATE OF SERVICE**

I hereby certify, I filed the above Diversity Jurisdiction Disclosure Statement using the Court's CM/ECF electronic filing system, which will provide a copy to all counsel of record.

Alexandria, LA, this 19th day of December 2023.

s/s Steven M. Oxenhandler
Counsel
