UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RONALD CALDWELL SR ET AL** | **CASE NO. 1:23-CV-01575** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

Pending before the Court is a Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to F.R.C.P. 12(B)(1) [Doc. No. 11] filed by Defendant, Campus Advantage, Inc. ("Campus Advantage"). Campus Advantage and Plaintiffs, Ronald Caldwell, Sr., individually, and Branche Bradley, individually and on behalf of Ronald Caldwell, Jr., deceased, recently filed a Notice of Voluntary Dismissal of Defendant Campus Advantage [Doc. No. 27] to dismiss Campus Advantage from this matter. Accordingly, pursuant to the voluntary dismissal and subsequent termination,

**IT IS ORDERED** that Campus Advantage's Motion to Dismiss [Doc. No. 11] is hereby **DENIED** as moot.

MONROE, LOUISIANA, this 19th day of December 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**