THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONALD CALDWELL, SR., INDIVIDUALLY AND BLANCHE BRADLEY, INDIVIDUALLY, AND ON BEHALF OF RONALD LAWAYNE CADWELL, JR., DECEASED<br>　　　PLAINTIFFS<br><br>V.<br><br>STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF NORTHWESTERN STATE UNIVERSITY, BRAD LAIRD, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF NORTHWESTERN STATE UNIVERSITY, CAMPUS ADVANTAGE, INC., AND ITS INSURANCE COMPANY, XYZ INSURANCE COMPANY<br>　　　DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 1:23-CV-01575 |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF NORTHWESTERN STATE**

TO THE HONORABLE JUDGE OF SAID COURT, pursuant to FRCP 41(a)(1)(A), Plaintiff Ronald Caldwell, Sr., individually, and Branche Bradley, individually, and on behalf of Ronald Caldwell, Jr., deceased, by and through undersigned counsel, hereby gives notice of voluntary dismissal of Defendant the State of Louisiana through the Board of Supervisors of Northwestern State University.

Plaintiff files this Voluntary Dismissal with the intention of dismissing the case under

FRCP 419a)(1)(A)(i) without prejudice to refiling.[1]

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant State of Louisiana through the Board of Supervisors of Northwestern State University is voluntarily dismissed in the above captioned action without prejudice.

Date:   January 10, 2024

    Respectfully submitted,

    DANIEL WILLIAMS & ASSOCIATES PLLC

    */s/ Helen Daniel*
    Helen Daniel (La. Bar Roll No. 31689)
    Kathryn Williams
    2201 Hermann Drive
    Houston, Texas 77004
    Telephone:      713-229-9997
    Facsimile:      281-501-6777

    -and-

    THE COX PRADIA LAW FIRM, PLLC
    Jonathan Cox
    Troy Pradia
    2402 Rosedale Street
    Houston, Texas 77004
    T: 832.345.9130
    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF filing system pursuant to the Federal Rules of Civil Procedure.

    */s/ Helen Daniel*
    Helen Daniel

---

[1] *See Williams*, 82 F.3d at 272.