THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONALD CALDWELL, SR., INDIVIDUALLY AND BLANCHE BRADLEY, INDIVIDUALLY, AND ON BEHALF OF RONALD LAWAYNE CADWELL, JR., DECEASED<br>    PLAINTIFFS<br><br>V.<br><br>STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF NORTHWESTERN STATE UNIVERSITY, BRAD LAIRD, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF NORTHWESTERN STATE UNIVERSITY, CAMPUS ADVANTAGE, INC., AND ITS INSURANCE COMPANY, XYZ INSURANCE COMPANY<br>    DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 1:23-CV-01575 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRAD LAIRD

TO THE HONORABLE JUDGE OF SAID COURT, pursuant to FRCP 41(a)(1)(A), Plaintiff Ronald Caldwell, Sr., individually, and Branche Bradley, individually, and on behalf of Ronald Caldwell, Jr., deceased, by and through undersigned counsel, hereby gives notice of voluntary dismissal of Defendant Brad Laird.

Plaintiff files this Voluntary Dismissal with the intention of dismissing the case under FRCP 419a)(1)(A)(i) without prejudice to refiling.[1]

---

[1] *See Williams*, 82 F.3d at 272.

1 | P a g e

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant Brad Laird is voluntarily dismissed in the above captioned action without prejudice.

Date:   January 18, 2024

                Respectfully submitted,

                DANIEL WILLIAMS & ASSOCIATES PLLC

                */s/ Helen Daniel*
                Helen Daniel (La. Bar Roll No. 31689)
                Kathryn Williams
                2201 Hermann Drive
                Houston, Texas 77004
                Telephone:   713-229-9997
                Facsimile:   281-501-6777

                -and-

                THE COX PRADIA LAW FIRM, PLLC
                Jonathan Cox
                Troy Pradia
                2402 Rosedale Street
                Houston, Texas 77004
                T: 832.345.9130
                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF filing system pursuant to the Federal Rules of Civil Procedure.

                */s/ Helen Daniel*
                Helen Daniel