**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **RONALD CALDWELL, SR.,** | * | |
| **INDIVIDUALLY AND** | * | |
| **BLANCHE BRADLEY,** | * | |
| **INDIVIDUALLY, AND ON** | * | |
| **BEHALF OF RONALD** | * | |
| **LAWAYNE CADWELL, JR.,** | * | |
| **DECEASED** | * | |
| *PLAINTIFFS* | * | |
| | * | |
| **V.** | * | **CIVIL ACTION NO. 1:23-CV-01575** |
| | * | |
| **STATE OF LOUISIANA** | * | |
| **THROUGH THE BOARD OF** | * | |
| **SUPERVISORS OF** | * | |
| **NORTHWESTERN STATE** | * | |
| **UNIVERSITY, BRAD LAIRD,** | * | |
| **INDIVIDUALLY, AND IN HIS** | * | |
| **CAPACITY AS AN** | * | |
| **EMPLOYEE OF** | * | |
| **NORTHWESTERN STATE** | * | |
| **UNIVERSITY, CAMPUS** | * | |
| **ADVANTAGE, INC., AND ITS** | * | |
| **INSURANCE COMPANY, XYZ** | * | |
| **INSURANCE COMPANY** | * | |
| *DEFENDANTS* | | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT BRAD LAIRD**

TO THE HONORABLE JUDGE OF SAID COURT, pursuant to FRCP 41(a)(1)(A), Plaintiff Ronald Caldwell, Sr., individually, and Branche Bradley, individually, and on behalf of Ronald Caldwell, Jr., deceased, by and through undersigned counsel, hereby gives notice of voluntary dismissal of Defendant Brad Laird in both his individual capacity and as an employee of Northwestern State University.

Plaintiff files this Voluntary Dismissal with the intention of dismissing the case under

FRCP 419a)(1)(A)(i) without prejudice to refiling.[1]

PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendant Brad Laird, in his individual capacity and as an employee of Northwestern State University, is voluntarily dismissed in the above captioned action without prejudice.

Date:   January 19, 2024

Respectfully submitted,

DANIEL WILLIAMS & ASSOCIATES PLLC

*/s/ Helen Daniel*
Helen Daniel (La. Bar Roll No. 31689)
Kathryn Williams
2201 Hermann Drive
Houston, Texas 77004
Telephone:       713-229-9997
Facsimile:       281-501-6777

-and-

THE COX PRADIA LAW FIRM, PLLC
Jonathan Cox
Troy Pradia
2402 Rosedale Street
Houston, Texas 77004
T: 832.345.9130
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF filing system pursuant to the Federal Rules of Civil Procedure.

*/s/ Helen Daniel*
Helen Daniel

---

[1] *See Williams*, 82 F.3d at 272.